

## Noble & Noble, P.A.

### Certified Public Accountants

January 7, 2016

Emerson Noble, Trustee
P.O. Box 622798
Oviedo, FL 32762

Re: Bankruptcy Estate of John E. and Mary E. Bailey
     Case No. 6:14-bk-13755-KSJ

### INVOICE

Preparation of Form 1040X, Amended U.S. Individual Income Tax Return for with
attached Form 1040, U.S. Individual Income Tax Returns for the tax year ending
December 31, 2013.

(detailed time report attached)

|  |  |
|---|---|
|  | $ 523.50 |
| Other Expenses:    26 Copies @ .15 | 3.90 |
| Balance Due | $ 527.40 |



" EXHIBIT A "

2572 W. State Road 426  •  Suite 3016  •  Oviedo, Florida 32765  •  407-647-5262  •  Fax 407-647-6452

Matter: Jason E. and Mary E. Bailey
Bankruptcy Case No. 6:14-bk-13755-KSJ

| Date | Staff | Description | | Time |
|------|-------|-------------|---|------|
| 8/31/15 | EN | Preparation of Amended Individual Income Tax Return Form 1040x and related 1040 for the year ending December 31, 2013 | | 2.8 |
| 8/31/15 | SC | Assembly of returns and preparation of transmittal letters requesting prompt determination to IRS | | 0.3 |
| | | Emerson Noble, CPA | 2.80 hrs @ $180.00 | $ 504.00 |
| | | Statia Connett | 0.30 hrs @ $65.00 | 19.50 |
| | | Copies | 26 @ .15 | 3.90 |
| | | Balance Due | | $ 527.40 |